# Hewes & Booth *v.* Loveman.

*Action on Guaranty.*

(Decided Feb. 8, 1906.   40 So. Rep. 306.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.
JOHN H. MILLER, for appellant. ·
M. M. ULLMAN, for appellee.
Affirmed.
Opinion by ANDERSON, J.

TYSON, DOWDELL and SIMPSON, JJ., concur.

---

# Ringeman *v.* Wiggs Bros.

*Attachment.*

(Decided Jan. 30, 1906.   40 So. Rep. 323.)

APPEAL from Morgan Circuit Court.
Heard before Hon. W. R. FRANCIS, Special Judge.
D. W. SPEAKE, for appellant.
MARVIN WEST and ERLE PETTUS, for appellee.
Reversed and remanded.
Opinion by HARALSON, J.

All the Justices concur.

---

# L. & N. R. R. Co., *v.* Preston.

*Action for Damages for Death of Employe.*

(Decided April 3, 1906.   40 So. Rep. 337.)

APPEAL from Morgan Circuit Court.
Heard before Hon. OSCEOLA KYLE.
HARRIS & EYSTER, for appellant.
CALLAHAN & HARRIS, for appellee.
Affirmed.
Opinion by TYSON, J. ·

All the Justices concur.